**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| LASHONDA DAVIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CV-61 (LAG) |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On May 1, 2026, the Court issued an order to show cause in writing, within fourteen days, why the case should not be dismissed for failure to serve process. (Doc. 2). The order provided Plaintiff notice that "Failure to respond to this Order will result in a dismissal without prejudice and without further notice." (*Id.*). The fourteen-day period has expired sans Plaintiff's response to the Court's order. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 21st day of May, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**