IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

LASHONDA DAVIS,                                    *

        Plaintiff,                              *

v.                                                    Case No. 1:25-CV-61 (LAG)

                                                       *

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,                           *

        Defendant.                              *
_____

**J U D G M E N T**

Pursuant to this Court's Order dated May 21, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 21st day of May, 2026.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk